## Commonwealth *v.* Johnson, Appellant.

Argued November 11, 1971. *Carl Krasik,* with him *Thomas Todd,* and *Reed, Smith, Shaw & McClay,* for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.